Lonnie K. McDowell (018501)
Michael J. Gordon (021798)
**GORDON & GORDON, P.L.L.C.**
850 Cove Parkway, Ste. A
Cottonwood, AZ 86326
Telephone: (928) 649-8609
Facsimile: (928) 649-8612
michael@gordonlawaz.com
Attorney for Debtors

LAW OFFICES OF
GORDON & GORDON, PLLC
850 COVE PARKWAY, SUITE A
COTTONWOOD, ARIZONA 86326
(928) 649-8609

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In Re:

Stnaley Mayeda and Lillian Mayeda,

      Debtors.

Wells Fargo Bank, N.A.,

      Movant,

v.

Stanley M. Mayeda and Lillian T. Mayeda,
Debtors, and WILLIAM E. PIERCE,
Trustee,

      Respondents.

Chapter 7 Proceedings

Case No. 2-09-bk-25811-RTBP

**RESPONSE TO MOTION FOR
RELIEF FROM THE AUTOMATIC
STAY**

**RE: Real Property Located At 6159
Union Drive, Prescott Valley, AZ 86314**

Debtor, by and through undersigned counsel, hereby submit this Response to Motion for

Relief from the Automatic Stay. The Mayedas filed their chapter 7 bankruptcy on October 13,

2009. Debtors acknowledge that they are behind on June –September pre-petition payments for

the real property located at 6159 Union Drive, Prescott Valley, AZ 86314. Stanley Mayeda is

going through radiation therapy for lung cancer and recovering from a quadruple bypass

surgery, and Lillian Mayeda has recently obtained employment. The Debtors want to retain the property to protect the small amount of equity they have, and have attempted to negotiate with the lender. They propose to stay current on post petition payments and add the back due payments to the end of the loan. The debtors have attempted to make post petition payments, but were told by a Wells Fargo representative on October 29, 2009 that a trustee's sale was being set and that payments of less than the total owed would not be accepted. The Mayedas explained that they had filed for bankruptcy, but the bank still refused to accept the offered post-petition monthly mortgage payment. That same day, a request to negotiate and to modify the mortgage was sent to Wells Fargo.

After speaking with the Wells Fargo representative on October 29, the Mayedas received a Notice of Trustee's Sale from Wells Fargo's agent, First American Title. The notice was dated October 27, 2009, 15 days after the bankruptcy was filed. Wells Fargo was a listed creditor on the Mayedas' petition and was sent a notice of bankruptcy by the court with all the other creditors.

Wells Fargo has acted in violation of the § 362 automatic stay by commencing a Trustee's sale post-petition without lifting the stay. A copy of the notice of trustee's sale dated October 27, 2009 and served on the Mayedas on November 3, 2009 is attached as Exhibit "A". A copy of correspondence from undersigned counsel dated November 5, 2009 requesting the withdrawal of the Notice is attached as Exhibit "B". The request to cancel the improper sale was sent to First American Title (the trustee issuing the notice of sale) and to Wells Fargo. No

LAW OFFICES OF
GORDON & GORDON, PLLC
850 COVE PARKWAY, SUITE A
COTTONWOOD, ARIZONA 86326
(228) 649-8609

response from Wells Fargo to the request to cancel the sale or to the request to modify the loan has been received.

Section 362(h) provides that, "An individual injured by any willful violation of a stay provided by this section shall recover actual damages, including costs and attorneys' fees, and, in appropriate circumstances, may recover punitive damages." 11 U.S.C. § 362(h). The Ninth Circuit has adopted the following definition of willfulness under § 362(h):

> A "willful violation" does not require a specific intent to violate the automatic stay. Rather, the statute provides for damages upon a finding that the defendant knew of the automatic stay and that the defendant's actions which violated the stay were intentional. Whether the party believes in good faith that it had a right to the property is not relevant to whether the act was "willful" or whether compensation must be awarded. *In re Bloom*, 875 F.2d at 227 (citing *INSLAW, Inc. v. United States* (In re INSLAW, Inc.), 83 B.R. 89, 165 (Bankr.D.D.C. 1988)).

To be frank, punitive damages are not appropriate. The damages incurred by the Mayedas include frustration, emotional shock and distress, together with any attorney's fees incurred as a result of the stay violation. The Mayedas want to reach an agreement with Wells Fargo.

For the foregoing reasons, the debtor respectfully requests that Wells Fargo's motion for stay relief be denied.

RESPECTFULLY SUBMITTED this 25th day of November, 2009.

GORDON & GORDON, P.L.L.C.

/s/ Lonnie K. McDowell

Lonnie K. McDowell

LAW OFFICES OF
GORDON & GORDON, PLLC
859 COVE PARKWAY, SUITE A
COTTONWOOD, ARIZONA 86326
(928) 649-8609

Michael J. Gordon
Attorney for Debtors

**Copy of the foregoing**
**mailed the 27th day of November, 2009, to:**

Tiffany and Bosco
Leonard McDonald, Esq.
2525 E. Camelback Suite 300\Phoenix, AZ 85016
Attorney for Movant

William Pierce
P.O. Box 429
Chino Valley, AZ 86323
Chapter 7 Trustee

/s/ Lonnie K. McDowell
_____

LAW OFFICES OF
**GORDON & GORDON, PLLC**
859 COVE PARKWAY, SUITE A
COTTONWOOD, ARIZONA 86326
(928) 649-8609

 GORDON & GORDON
*Attorneys at Law P.L.L.C.*

DAVID P. GORDON
MICHAEL J. GORDON*
LONNIE K. MCDOWELL

October 29, 2009

Wells Fargo
PO Box 10335
Des Moines, IA   50306

**Re:    Stanley & Lillian Mayeda, Ch. 7 Bankruptcy Case No. 2:09-bk-10531**
**Property address: 6159 North Union Drive Prescott Valley, AZ  86314**

Dear Sir or Madam:

I am writing to you in response to the above-referenced property.  As you know, my
clients are behind in their payments to Wells Fargo. My clients have indicated that they
would like to keep their home and are interested in discussing the possibility of
restructuring their mortgage. Given the present economic crisis in the mortgage industry,
my client is hopeful that Wells Fargo will be open to the idea of working with them
rather than foreclosing on their home.

If Wells Fargo is interested in working with my clients please forward any potential loan
modification documents to my office at your earliest convenience. You have my
permission to speak with my clients directly regarding a modification of their loan.
Please feel free to contact my office if you have any questions regarding this matter.

Sincerely,

GORDON & GORDON, P.L.L.C.

Lonnie K. McDowell
LKM/ao


850 Cove Parkway, Ste. A ~ Cottonwood, AZ 86326 ~ Phone: 928.649.8609  Fax: 928.649.8612

*Michael J. Gordon is admitted to practice in Navajo, Hopi and Yavapai-Apache Tribal Courts.

**ARIZONA**

Recording Requested By:
**FIRST AMERICAN TITLE INSURANCE
COMPANY**

When Recorded Mail To:
FIRST AMERICAN TITLE INSURANCE
COMPANY
P.O. BOX 961254
FORT WORTH, TX 76161-0253

*THIS COPY OF "NOTICE", THE ORIGINAL OF
WHICH WAS FILED FOR RECORD ON
10/27/2009 IN THE OFFICE OF THE
RECORDED OF YAVAPAI, ARIZONA IS SENT
TO YOU IN AS MUCH AS AN EXAMINATION
OF THE TITLE TO SAID TRUST PROPERTY
SHOWS YOU MAY HAVE AN INTEREST IN THE
TRUSTEE'S SALES PROCEEDINGS.*

TS No.: **20099070821357**

VA/FHA/PMI No.: **023-2584579**

Space above this line for Recorder's use only

## NOTICE OF TRUSTEE'S SALE

The following legally described trust property will be sold, pursuant to the power of sale under that certain Deed of Trust recorded on 12/18/2007 in Instrument number 4198287, book number 4561, at page 972, records of YAVAPAI County, Arizona, WILL SELL AT PUBLIC AUCTION TO HIGHEST BIDDER FOR CASH, CASHIER'S CHECK/CASH EQUIVALENT (in lawful money of the United States) **AT THE EAST ENTRANCE OF THE YAVAPAI COUNTY COURTHOUSE, 120 SOUTH CORTEZ STREET, PRESCOTT, AZ** on **2/1/2010 at 10:00 AM** of said day:

**SEE EXHIBIT "A" ATTACHED HERETO AND INCORPORATED HEREIN FOR ALL PURPOSES.**

PROPERTY ADDRESS: **6159 UNION DRIVE, PRESCOTT VALLEY, AZ 86314**

TAX PARCEL No.: **103-35-513**

ORIGINAL PRINCIPAL BALANCE: **$134,144.00**

NAME AND ADDRESS OF BENEFICIARY:

**WELLS FARGO HOME MORTGAGE
3476 STATEVIEW BLVD, BANKRUPTCY MAC # 7801-014
FT. MILL, SC 29715**

NAME AND ADDRESS OF TRUSTEE:

**FIRST AMERICAN TITLE INSURANCE COMPANY
P.O. BOX 961254
FORT WORTH, TX 76161-0253**

NAME AND ADDRESS OF ORIGINAL TRUSTOR:

**STANLEY M. MAYEDA
LILLIAN T. MAYEDA
6159 UNION DRIVE
PRESCOTT VALLEY, AZ 86314**

*Ex "A"*



GORDON & GORDON
*Attorneys at Law P.L.L.C.*

DAVID P. GORDON
MICHAEL J. GORDON*
LONNIE K. MCDOWELL

November 6, 2009

First American Title
PO Box 96124
Ft Worth, TX 76161-0253

Re:     Stanley and Lillian Mayeda, TS #20099070821357

Dear Sir or Madam:

This office represents Stanley and Lillian Mayeda in connection with a Chapter 7 bankruptcy case which was filed on October 13, 2009, case no. 2:09-bk-25811. Notice of the bankruptcy was provided to Wells Fargo of the bankruptcy, both orally by my clients, and via notice from the bankruptcy court. It is my understanding that Wells Fargo Bank has refused to accept post-petition payments from the Mayedas, and instead instructed you to move forward with a trustee's sale in this matter on October 27, 2009, after the date this bankruptcy case was filed. A copy of the recorded notice of trustee's sale (enclosed) was sent to Mr. and Mrs. Mayeda on or after October 27, 2009.

Please be advised that your actions violate the automatic stay provision of the Bankruptcy Code, 11 U.S.C. § 362. It is hereby demanded that the trustee's sale be cancelled immediately, and notice of the cancellation be recorded in Yavapai County. If I have not received confirmation that this has occurred within ten (10) days of the date of this letter, I will file an action against First American Title and Wells Fargo in U. S. Bankruptcy Court, seeking damages and recovery of my client's attorney's fees and costs. Hopefully this matter can be resolved without the need for further legal action.

Sincerely,

GORDON & GORDON, P.L.L.C.

Lonnie K. McDowell
LKM/thm

cc:     Wells Fargo Home Mortgage
        8480 Stagecoach Cir
        Frederick MD 21701
Lillian and Stanley Mayeda

$Ex ``8"$



850 Cove Parkway, Ste. A ~ Cottonwood, AZ 86326 ~ Phone: 928.649.8609 Fax: 928.649.8612

*Michael J. Gordon is admitted to practice in Navajo, Hopi and Yavapai-Apache Tribal Courts